IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIBERTY MUTUAL GROUP as subrogee of ALEJANDRO BONFANTE,<br><br>        Plaintiff,<br><br>        v.<br><br>EDWARD FULTON,<br><br>        Defendant. | :<br>:<br>:<br>:<br>:<br>: Civil Action No. 06-485-SLR<br>:<br>:<br>:<br>: |

## STIPULATION TO AMEND CAPTION

It is hereby STIPULATED by and between the parties that the caption of this matter be amended to read: "*Liberty Mutual Group a/s/o Alejandro Bonfante v. United States of America.*"

| | |
|---|---|
| **REGER RIZZO KAVULICH & DARNALL, LLP** | **UNITED STATES OF AMERICA**<br><br>COLM F. CONNOLLY,<br>United States Attorney |
| /s/Louis J. Rizzo, Jr.<br>Louis J. Rizzo, Jr., Esquire<br>Delaware Bar I.D. No. 3374<br>1001 Jefferson Plaza, Suite 202<br>Wilmington, DE 19801<br>(302) 652-3611<br>lrizzo@rrkdlaw.com | /s/Patricia C. Hannigan<br>Patricia C. Hannigan<br>Assistant United States Attorney<br>Delaware Bar I.D. No. 2145<br>The Nemours Building<br>1007 Orange Street, Suite 700<br>P. O. Box 2046<br>Wilmington, DE 19801<br>(302) 573-6277<br>Patricia.Hannigan@usdoj.gov |

IT IS SO ORDERED this _____ day of _____, 2006.

---

HONORABLE SUE L. ROBINSON
Chief District Judge