IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIBERTY MUTUAL GROUP as subrogee of ALEJANDRO BONFANTE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:  Civil Action No. 06-485-SLR<br>:<br>:<br>:<br>: |

## ANSWER

Defendant, United States of America, by and through its undersigned attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Patricia C. Hannigan, Assistant United States Attorney for the District of Delaware, hereby respond to the Plaintiff's Complaint as follows:

1. Admitted, upon information and belief.

2. Admitted, upon information and belief.

3. Admitted.

4. Admitted.

5. Admitted, upon information and belief.

6. Defendant denies the allegations directed against it contained in paragraph 6 of Plaintiffs' Complaint, including subparagraphs (a) through (d).

7. Defendant is without sufficient information to admit or deny the allegations contained in paragraph 7 of Plaintiffs' Complaint.

8.     Defendant is without sufficient information to admit or deny the allegations contained in paragraph 8 of Plaintiffs' Complaint.

WHEREFORE, having fully answered Plaintiffs' Complaint, Defendant United States respectfully moves this Court to dismiss Plaintiffs' Complaint, for its costs incurred herein, and for such further relief as is just and proper.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: /s/Patricia C. Hannigan
Patricia C. Hannigan
Assistant United States Attorney
Delaware Bar I.D. No. 2145
The Nemours Building
1007 Orange Street, Suite 700
P. O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277
Patricia.Hannigan@usdoj.gov

Dated: November 9, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on **November 9, 2006,** I electronically filed an **ANSWER** with the Clerk of Court using CM/ECF. Notification of such filing will be electronically mailed to the following:

**Louis J. Rizzo, Jr., Esquire**
Reger, Rizzo, Kavulich & Darnall LLP
1001 n. Jefferson Street, Suite 202
Wilmington, DE 19801
(302) 652-3611
lrizzo@rrkdlaw.com

                        COLM F. CONNOLLY
                        United States Attorney

                By: /s/Patricia C. Hannigan
                    Patricia C. Hannigan
                    Assistant United States Attorney
                    Delaware Bar I.D. No. 2145
                    The Nemours Building
                    1007 Orange Street, Suite 700
                    P. O. Box 2046
                    Wilmington, DE 19899-2046
                    (302) 573-6277
                    Patricia.Hannigan@usdoj.gov