

**Reger Rizzo Kavulich & Darnall** LLP
ATTORNEYS AT LAW

SUITE 202
1001 N. JEFFERSON STREET
WILMINGTON, DE 19801
TEL: 302.652.3611
FAX: 302.652.3620
www.rrkdlaw.com

LOUIS J. RIZZO, JR.
E-MAIL: *lrizzo@rrkdlaw.com*

January 17, 2007

VIA FIRST-CLASS MAIL

The Honorable Sue L. Robinson
District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

    Re:    Liberty Mutual Group a/s/o Aljendro Bonfante v.
             United State of America
             Civil Action No. 06-485 SLR
             Our File No.: 06-147

Dear Judge Robinson:

    Pursuant to your Order dated January 4, 2007, enclosed please find the proposed discovery plan in reference to the above-captioned matter. The telephonic scheduling conference is scheduled for Monday, January 22, 2007 at 9:30 a.m.

    Should you have any questions or problems, please do not hesitate to contact me.

                      Respectfully submitted,

                      REGER RIZZO KAVULICH & DARNALL LLP


                      /s/Louis J. Rizzo, Jr.
                      Louis J. Rizzo, Jr., Esquire


LJR/tek
Enclosure

CC: Patricia C. Hannigan, Esquire

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LIBERTY MUTUAL GROUP as subrogee of ALJENDRO BONFANTE | : : : | |
| Plaintiff, | : : | Civil Action No. 06-485 SLR |
| v. | : : | |
| UNITED STATES OF AMERICA, | : : | |
| Defendant. | : | |

O R D E R

At Wilmington this ____ day of _____, 2007, the parties having satisfied their obligations under Fed. R. Civ. P. 26(f), the court having conducted a pretrial scheduling conference pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(a) and (b).

IT IS ORDERED that:

1. Pre-Discovery Disclosures. The parties will exchange by February 15, 2007 the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2. Discovery.

(a) Discovery will be need on the following subjects: liability and damages.

(b) All fact discovery shall be commenced in time to be completed by July 31, 2007.

(c) Maximum of 50 interrogatories by each party to any other party.

(d) Maximum of 25 requests for admission by each party to any other party.

(e) Maximum of 10 depositions by plaintiff and 10 by defendant.

  (f) Each deposition limited to a maximum of two (2) hours unless extended by agreement of parties.

  (g) Reports from retained experts under Rule 26(a)(2) on issues for which any party has the burden of proof due by August 1, 2007. Rebuttal expert reports due by September 1, 2007.

  (h) Discovery Disputes. Any discovery dispute shall be submitted to the court pursuant to Fed. R. Civ. P. 27. During the course of discovery, each party is limited to two (2) Rule 37 motions. The court shall make itself available, however, to resolve through a telephone conference, disputes that arise during the course of a deposition and disputes related to entry of a protective order.

 3. Joinder of other Parties, Amendment of Pleadings, and Class Certification. All motions to join other parties, amend the pleadings, and certify a class action shall be filed on or before July 31, 2007.

 4. Settlement Conference. Pursuant to 28 U.S.C. §636, this matter is referred to Magistrate Judge Thynge for the purposes of exploring ADR.

 5. Summary Judgment Motions. All summary judgment motions shall be served and filed with an opening brief on or before October 31, 2007. Briefing shall be pursuant to D. Del. LR 7.1.2. No summary judgment motion may be filed more than ten (10) days from the above date without leave of the court.

 6. Application by Motion. Any application to the court shall be by written motion filed with the clerk. Unless otherwise requested by the court, counsel shall not deliver copies of papers or correspondence to chambers. Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1.

 7. Motions in Limine. All motions <u>in limine</u> shall be filed on or before [two weeks before pretrial conference]. All responses to said motions shall be filed on or

before [one week before pretrial conference].

8. Pretrial Conference. A pretrial conference will be held on _____ at _____ m. in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. The Federal Rules of Civil Procedure and D. Del. LR 16.4 shall govern the pretrial conference.

9. Trial. This matter is scheduled for a _____ bench trial commencing on _____ in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. For purposes of completing pretrial preparations, the parties should plan on being allocated a total number of hours in which to present their respective cases.

_____
Chief Judge Sue L. Robinson
United State District Court