IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIBERTY MUTUAL GROUP as subrogee of ALJENDRO BONFANTE | : |
| Plaintiff, | : Civil Action No. 06-485 SLR |
| v. | : |
| UNITED STATES OF AMERICA, | : |
| Defendant. | : |

ORDER

At Wilmington this 22d day of January, 2007, the parties having satisfied their obligations under Fed. R. Civ. P. 26(f), the court having conducted a pretrial scheduling conference pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(a) and (b).

IT IS ORDERED that:

1. Pre-Discovery Disclosures. The parties will exchange by February 15, 2007 the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2. Discovery.

   (a) Discovery will be need on the following subjects: liability and damages.

   (b) All fact discovery shall be commenced in time to be completed by July 31, 2007.

   (c) Maximum of 50 interrogatories by each party to any other party.

   (d) Maximum of 25 requests for admission by each party to any other party.

   (e) Maximum of 10 depositions by plaintiff and 10 by defendant.

(f)     Each deposition limited to a maximum of two (2) hours unless extended by agreement of parties.

(g)     Reports from retained experts under Rule 26(a)(2) on issues for which any party has the burden of proof due by August 1, 2007. Rebuttal expert reports due by September 1, 2007.

(h)     Discovery Disputes. Any discovery dispute shall be submitted to the court pursuant to Fed. R. Civ. P. 27. During the course of discovery, each party is limited to two (2) Rule 37 motions. The court shall make itself available, however, to resolve through a telephone conference, disputes that arise during the course of a deposition and disputes related to entry of a protective order.

3.    Joinder of other Parties, Amendment of Pleadings, and Class Certification. All motions to join other parties, amend the pleadings, and certify a class action shall be filed on or before July 31, 2007.

4.    Settlement Conference. Pursuant to 28 U.S.C. §636, this matter is referred to Magistrate Judge Thynge for the purposes of exploring ADR.

5.    Summary Judgment Motions. ~~All summary judgment motions shall be served and filed with an opening brief on or before October 31, 2007. Briefing shall be pursuant to D. Del. LR 7.1.2. No summary judgment motion may be filed more than ten (10) days from the above date without leave of the court.~~ *SLR*

6.    Application by Motion. Any application to the court shall be by written motion filed with the clerk. Unless otherwise requested by the court, counsel shall not deliver copies of papers or correspondence to chambers. Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1.

7.    Motions in Limine. All motions in limine shall be filed on or before [~~two weeks before pretrial conference~~ September 10, 2007]. All responses to said motions shall be filed on or

before [~~one week before pretrial confere~~*September 17, 2007.* nce].

8. Pretrial Conference. A pretrial conference will be held on *September 24, 2007* at *4:30 p.m.* m. in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. The Federal Rules of Civil Procedure and D. Del. LR 16.4 shall govern the pretrial conference.

9. Trial. This matter is scheduled for a *2-day* bench trial commencing on *October 2, 2007* in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. For purposes of completing pretrial preparations, the parties should plan on being allocated a total number of hours in which to present their respective cases.

*Sue L. Robinson*
Chief Judge Sue L. Robinson
United State District Court