IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LIBERTY MUTUAL GROUP as subrogee :
of ALEJANDRO BONFANTE, :
                                                                                                                                :

        Plaintiff, :
                                                                                                                             :

        v. :   Civil Action No. 06-485-SLR
                                         :

UNITED STATES OF AMERICA, :
                                         :

        Defendant. :

## NOTICE OF SERVICE

    I Patricia C. Hannigan, hereby certify that on **February 15, 2007**, copies of **UNITED STATES OF AMERICA'S INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)** was served, via First Class U.S. Mail, postage prepaid, upon counsel at the following addresses:

**Louis J. Rizzo, Jr., Esquire**
Reger, Rizzo, Kavulich & Darnall LLP
1001 n. Jefferson Street, Suite 202
Wilmington, DE 19801
(302) 652-3611
lrizzo@rrkdlaw.com

                                                                       COLM F. CONNOLLY
                                                                       United States Attorney

                                                           By: /s/Patricia C. Hannigan
                                                                Patricia C. Hannigan
                                                                Assistant United States Attorney
                                                               Delaware Bar I.D. No. 2145
                                                               The Nemours Building
                                                               1007 Orange Street, Suite 700
                                                               P. O. Box 2046
                                                               Wilmington, DE 19899-2046
                                                               (302) 573-6277
                                                               Patricia.Hannigan@usdoj.gov