IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LIBERTY MUTUAL GROUP, as subrogee of ALEJANDRO BONFANTE, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No.: 06-485 (SLR) |
| v. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

I, the undersigned, do hereby certify on this 21st day of February, 2007 that a true and correct copy of Rule 26(a)(1) Disclosures of Plaintiff have been served by first class mail, postage prepaid, to the following:

Patricia C. Hannigan
Assistant United States Attorney
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899

REGER RIZZO KAVULICH & DARNALL LLP

*/s/ Louis J. Rizzo, Jr., Esquire*
Louis J. Rizzo, Jr., Esquire
Delaware State Bar I.D. No. 3374
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302) 652-3611
Attorney for Plaintiff

Dated:  February 21, 2007