IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIBERTY MUTUAL GROUP, as subrogee of ALEJANDRO BONFANTE, ) ) ) | |
| Plaintiff,           ) ) | C.A. No.: 06-485 (SLR) |
| v.                 ) ) | |
| UNITED STATES OF AMERICA,   ) ) | |
| Defendant.        ) | |

### NOTICE OF DEPOSITION

To:   Patricia C. Hannigan, Esquire
      U.S. Attorney's Office
      1007 Orange Street, Suite 700
      P.O. Box 2046
      Wilmington, DE 19899

**PLEASE TAKE NOTICE** that the undersigned will take the oral deposition of **Edward Fulton** on Friday, August 24, 2007 at 10:00 a.m. at the Law Offices of Reger Rizzo Kavulich & Darnall LLP, 1001 Jefferson Plaza, Suite 202, Wilmington, Delaware 19801.

                                        REGER RIZZO KAVULICH & DARNALL LLP


                                        */s/ Louis J. Rizzo, Jr., Esquire*
                                        Louis J. Rizzo, Jr., Esquire
                                        Delaware State Bar I.D. No. 3374
                                        1001 Jefferson Plaza, Suite 202
                                        Wilmington, DE 19801
                                        (302) 652-3611
                                        Attorney for Plaintiff

Dated:  August 10, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIBERTY MUTUAL GROUP, as subrogee of ALEJANDRO BONFANTE, )<br>)<br>)  Plaintiff,  )<br>)<br>v.  )<br>)<br>UNITED STATES OF AMERICA,  )<br>)<br>Defendant.  ) | C.A. No.: 06-485 (SLR) |

## CERTIFICATE OF SERVICE

    I, the undersigned, do hereby certify on this 10th day of August, 2007 that a true and correct copy of the Notice of Deposition has been served electronically and by first class mail, postage prepaid, to the following:

    Patricia C. Hannigan, Esquire
    U.S. Attorney's Office
    1007 Orange Street, Suite 700
    P.O. Box 2046
    Wilmington, DE 19899

                                    REGER RIZZO KAVULICH & DARNALL LLP

                                    */s/ Louis J. Rizzo, Jr., Esquire*
                                    Louis J. Rizzo, Jr., Esquire
                                    Delaware State Bar I.D. No. 3374
                                    1001 Jefferson Plaza, Suite 202
                                    Wilmington, DE 19801
                                    (302) 652-3611
                                    Attorney for Plaintiff

Dated: August 10, 2007