IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LIBERTY MUTUAL GROUP, as subrogee of ALEJANDRO BONFANTE, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No.: 06-485 (SLR) |
| v. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

**PLEASE ENTER THE APPEARANCE** of Rochelle L. Gumapac, Esquire on behalf of Plaintiff, Liberty Mutual Group as subrogee of Alejandro Bonfante.

REGER RIZZO KAVULICH & DARNALL LLP


/s/ Rochelle L. Gumapac, Esquire
Rochelle L. Gumapac, Esquire
Delaware State Bar I.D. No. 4866
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302) 652-3611
Attorney for Plaintiff, Liberty Mutual Group as subrogee of Alejandro Bonfante

Dated: August 22, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LIBERTY MUTUAL GROUP, as subrogee of ALEJANDRO BONFANTE, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No.: 06-485 (SLR) |
| v. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

    I, the undersigned, do hereby certify on this 22nd day of August, 2007 that a true and correct copy of the Entry of Appearance on behalf of Plaintiff, Liberty Mutual Group as subrogee of Alejandro Bonfante, have been served electronically and/or by first class mail, postage prepaid, upon the following:

    Patricia C. Hannigan, Esquire
    U.S. Attorney's Office
    1007 Orange Street, Suite 700
    P.O. Box 2046
    Wilmington, DE 19899

REGER RIZZO KAVULICH & DARNALL LLP

*/s/ Rochelle L. Gumapac, Esquire*
Rochelle L. Gumapac, Esquire
Delaware State Bar I.D. No. 4866
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302) 652-3611
Attorney for Plaintiff, Liberty Mutual Group as subrogee of Alejandro Bonfante

Dated: August 22, 2007