

**Reger
Rizzo
Kavulich
& Darnall** LLP

ATTORNEYS AT LAW

SUITE 202
1001 N. JEFFERSON STREET
WILMINGTON, DE 19801
TEL: 302.652.3611
FAX: 302.652.3620
www.rrkdlaw.com

ROCHELLE GUMAPAC
E-MAIL: *rgumapac@rrkdlaw.com*

September 11, 2007

***via hand delivery & e-file***
The Honorable Sue L. Robinson
United States District Court
for the District of Delaware
844 North King Street
Lock Box 31
Wilmington, DE 19801

   Re: Liberty Mutual Group a/s/o Aljendro Bonfante v. United States of America
     Civil Action No.: 06-485 SLR
     Our File No.: 06-147

Dear Judge Robinson:

  The undersigned represents Plaintiff with regard to the above-referenced matter. I am pleased to inform the Court that the parties have reached an amicable resolution of this matter. As such, the Pretrial Conference scheduled for Monday, September 24, 2007 need not take place. The trial of this matter, which has been scheduled to commence on October 2, 2007, will not be required. The parties anticipate that a Stipulation of Dismissal will be filed shortly.

  I am available to answer any questions which the Court may have. Thank you for your kind attention to this matter.

             Respectfully submitted,

             REGER RIZZO KAVULICH & DARNALL, LLP

             *Rochelle Gumapac*
             Rochelle Gumapac, Esquire
             DE State Bar I.D. #4866

/rg

cc: Patricia Hanigan (via facsimile and e-file)