IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LIBERTY MUTUAL GROUP as subrogee of ALJENDRO BONFANTE, | : : : | |
| Plaintiff, | : : | Civil Action No.:  06-485 SLR |
| v. | : : | |
| UNITED STATES OF AMERICA, | : : | |
| Defendant. | : | |

### STIPULATION OF DISMISSAL

It is hereby STIPULATED by and between the parties that the above-captioned action is DISMISSED against Defendant United States of America with prejudice.

**REGER RIZZO &  DARNALL LLP**

*/s/ Rochelle L. Gumapac, Esquire*
Rochelle L. Gumapac, Esquire (ID # 4866)
1001 Jefferson Plaza, Suite 202
Wilmington, DE   19801
(302) 652-3611
*Attorney for Plaintiff, Liberty Mutual Group*

**U.S. ATTORNEY'S OFFICE**

*/s/ Patricia C. Hannigan, Esquire*
Patricia C. Hannigan, Esquire (ID # 2145)
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277
*Attorney for Defendant, United States of America*

IT IS HEREBY ORDERED this ____ day of _____, 2008.

_____
UNITED STATE DISTRICT JUDGE